UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

**IN RE:**                                              **CASE NO.: 20-10163-amc**
                                                               **CHAPTER 13**

**Dallas F. Walters, Jr,**
     **Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of
Lakeview Loan Servicing, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules
of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and
all papers required to be served in this case to creditors, any creditors committees, and any other
parties-in-interest, be sent to and served upon the undersigned and the following be added to the
Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112

By: /s/Charles Wohlrab
     Charles Wohlrab, Esq.
     Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DALLAS F WALTERS, JR
220 UPLAND RD
BROOKHAVEN, PA 19015

And via electronic mail to:

LAWRENCE S. RUBIN
LAWRENCE S. RUBIN, ATTY.
337 WEST STATE STREET
MEDIA, PA 19063-2615

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Tere Garcia