# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| In re:<br><br>Dallas F Walters, Jr,<br>         Debtor.<br>Lakeview Loan Servicing, LLC,<br>         Movant.<br><br>v.<br><br>Dallas F Walters, Jr,<br>         Debtor/Respondent.<br>KENNETH E. WEST, Esquire,<br>         Trustee/Respondent. | **20-10163-AMC**<br>Bankruptcy No. ~~19-11107-jkf~~<br><br>Chapter 13<br><br>Hearing Date: 10/11/2022<br>Hearing Time: 11:00 am<br>Location: Courtroom 4<br>900 Market Street<br>Philadelphia, PA 19107 |
|---|---|

## ORDER OF COURT

AND NOW, this ___ day of _____, 2022, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

**Date: December 8, 2022**

_____
Judge Ashely M. Chan
United States Bankruptcy Court Judge