Certificate Number: 13858-PAE-DE-039241797

Bankruptcy Case Number: 20-10163



13858-PAE-DE-039241797

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 14, 2025, at 7:04 o'clock PM EST, Dallas F Walters, Jr completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 14, 2025        By:    /s/Ariel I Rosario

                               Name:  Ariel I Rosario

                               Title: Counselor