United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10163-amc |
| Dallas F Walters, Jr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 19, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dallas F Walters, Jr, 220 Upland Rd, Brookhaven, PA 19015-2724 |
| 14452970 | | LAKEVIEW LOAN SERVICING, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14453018 | + | LAKEVIEW LOAN SERVICING, LLC, c/o MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14674372 | + | Lakeview Loan Servicing, LLC, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14852601 | + | Lakeview Loan Servicing, LLC, c/o Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14449989 | + | Loan Care (Lakeview), 3637 SENTARA WYSTE 303, Virginia Beach, VA 23452-4262 |
| 14449991 | + | Pennsyvania Dept of Revenue, Lien Section, POB 280948, Harrisburg, PA 17128-0948 |
| 14449994 | + | Valley National Bank, 1460 VALLEY RD, Wayne, NJ 07470-8494 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 20 2025 02:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14449982 | | Email/Text: ebn@americollect.com | Feb 20 2025 02:36:00 | AMERICOLLECT, 1851 S ALVERNO RD, Manitowoc, WI 54220 |
| 14449983 | | Email/Text: collectors@arresourcesinc.com | Feb 20 2025 02:36:00 | AR RESOURCES INC, POB 1056, Blue Bell, PA 19422 |
| 14449984 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 20 2025 02:41:26 | CREDIT ONE BANK, PO BOX 98872, Las Vegas, NV 89193-8872 |
| 14449985 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 02:42:30 | Capital One, POB 30281, Salt Lake City, UT 84130-0281 |
| 14658187 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 20 2025 02:36:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14449986 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 20 2025 02:41:29 | JPMCB CARD SERVICES, PO BOX 15369, Wilmington, DE 19850-5369 |
| 14449987 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 20 2025 02:35:00 | Kohls, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14482787 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 20 2025 02:36:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 14449988 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2025 02:41:31 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICESPO, PO BOX 1269, Greenville, SC 29602-1269 |
| 14455041 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

| Recip ID | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Feb 20 2025 02:42:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14674230 | ^ MEBN | Feb 20 2025 01:52:05 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14718472 | + Email/Text: RASEBN@raslg.com | Feb 20 2025 02:36:00 | Lakeview Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14718998 | + Email/Text: RASEBN@raslg.com | Feb 20 2025 02:36:00 | Lakeview Loan Servicing, LLC, C/O Charles Wohlrab, Esquire, 130 Clinton Rd. #202, Fairfield, NJ 07004-2927 |
| 14868313 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 20 2025 02:36:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14724533 | ^ MEBN | Feb 20 2025 01:52:19 | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 14449990 | + Email/Text: camanagement@mtb.com | Feb 20 2025 02:36:00 | M&TBank, POB 900, Millsboro, DE 19966-0900 |
| 14475125 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 20 2025 02:43:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14451970 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2025 02:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14449992 | + Email/Text: bankruptcy@td.com | Feb 20 2025 02:36:00 | RAYMOUR AND FLANIGAN, 1000 MACARTHUR BV, Mahwah, NJ 07430-2035 |
| 14620051 | ^ MEBN | Feb 20 2025 01:52:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14620477 | ^ MEBN | Feb 20 2025 01:52:21 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14449993 | + Email/Text: bncmail@w-legal.com | Feb 20 2025 02:36:00 | TD BANK USA/TARGET CREDI, NCD-0450PO BOX 1470, Minneapolis, MN 55440-1470 |
| 14484934 | + Email/Text: bncmail@w-legal.com | Feb 20 2025 02:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14469580 | + Email/Text: tdebn@credbankserv.com | Feb 20 2025 02:36:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14458306 | Email/Text: AKYNAST@VALLEY.COM | Feb 20 2025 02:36:00 | Valley National Bank, PO Box 953, Wayne, NJ 07474 |
| 14449995 | Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 20 2025 02:36:00 | WAKEFIELD AND ASSOCIATES, POB 50250, Knoxville, TN 37950 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2025         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Dallas F Walters  Jr echo@pennlawyer.com, foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |
| MARIO J. HANYON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Lakeview Loan Servicing  LLC mimcgowan@raslg.com |
| ROGER FAY | on behalf of Creditor Lakeview Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| THOMAS SONG | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

*Form 138OBJ* (6/24)−doc 81 − 79

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Dallas F Walters Jr  )  Case No. 20−10163−amc
      )
      )
    Debtor(s).  )  Chapter: 13
      )
      )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 19, 2025

For The Court

Timothy B. McGrath
Clerk of Court